## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al*.,<br><br>Plaintiff,<br><br>vs.<br><br>MULTI SERVICE TECHNOLOGY SOLUTIONS, INC. f/k/a MSTS PAYMENTS, LLC d/b/a BEST BUY BUSINESS ADVANTAGE,<br><br>Defendant. | Adv. Proc. No. 22-50203 (CTG) |

### STIPULATION TO TOLL
### DISCOVERY UNTIL AFTER THE CONCLUSION OF MEDIATION

Alfred T. Giuliano, Alfred T. Giuliano, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC et al. (the "Plaintiff") and the above-captioned defendant (the "Defendant" and together with the Plaintiff, the "Parties"), hereby agree and stipulate that, in according with the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

scheduling order dated August 16, 2022, discovery shall be tolled until after the conclusion of mediation.

Dated: August 22, 2022            **PACHULSKI STANG ZIEHL & JONES LLP**

                                            */s/ Peter J. Keane*
                                            Bradford J. Sandler (DE Bar No. 4142)
                                            Andrew W. Caine (CA Bar No. 110345)
                                            Jeffrey P. Nolan (CA Bar No. 158923)
                                            Peter J. Keane (DE Bar No. 5503)
                                            919 North Market Street, 17th Floor
                                            Wilmington, DE 19899-8705 (Courier 19801)
                                            Telephone: (302) 652-4100
                                            Facsimile: (302) 652-4400
                                            Email:  bsandler@pszjlaw.com
                                                          acaine@pszjlaw.com
                                                          jnolan@pszjlaw.com
                                                          pkeane@pszjlaw.com

                                            *Counsel to Plaintiff, Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Start Man Furniture, LLC, et al.*

Dated: August 22, 2022         **BAYARD P.A.**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: emiller@bayardlaw.com

-and-

SWANSON BERNARD, LLC
Matthew L. Faul, MO# 57397
(Pro Hac Vice Admission to be filed)
4600 Madison Ave., Suite 600
Kansas City, Missouri 64112
Telephone: (816) 886-4820
Facsimile: (816) 842-0013
Email: mfaul@swansonbernard.com

*Counsel to Defendant*