# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| ART VAN FURNITURE, LLC, et al., | ) | Case No. 20-10553 (CTG) |
| | ) | |
| Debtors, | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*, | ) ) ) ) | |
| | ) | Adv. Proc. No. 22-50203 (CTG) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MULTI SERVICE TECHNOLOGY SOLUTIONS, INC. F/K/A MSTS PAYMENTS, LLC D/B/A BEST BUY BUSINESS ADVANTAGE | ) ) ) ) | |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Matthew L. Faul of the firm Swanson Bernard, LLC, hereby withdraws as counsel for Multi Service Technology Solutions, Inc. dba TreviPay ("TreviPay"), and requests to be removed from all notice and service lists in the above-reference cases.

PLEASE TAKE FURTHER NOTICE that all other current counsel of record will continue to represent TreviPay and are not intended to be affected by this notice.

2

| | |
|---|---|
| Date: November 3, 2022<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>Maria Kotsiras (No. 6840)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: emiller@bayardlaw.com<br>          mkotsiras@bayardlaw.com<br><br>*Remaining Attorneys for Multi Service Technology Solutions, Inc. d/b/a TreviPay*<br><br>         -and-<br><br>SWANSON BERNARD, LLC<br><br>*/s/ Matthew. L. Faul*<br>Matthew L. Faul, MO# 57397 (admitted *pro hac vice*)<br>4600 Madison Ave., Suite 600<br>Kansas City, Missouri 64112<br>Telephone: (816) 886-4820<br>Facsimile: (816) 842-0013<br>Email: mfaul@swansonbernard.com<br><br>*Withdrawing Attorney for Multi Service Technology Solutions, Inc. d/b/a TreviPay* |