# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| Debtors. | : | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 22-50203-CTG |
| Multi Service Technology Solutions, Inc. fka MSTS Payments, LLC dba Best Buy Business Advantage | : | |
| Defendant. | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)　The following individuals were present for mediation via Zoom on December 14, 2022:

　　(1) Counsel (name and party representing):

　　　Counsel for Plaintiffs: Jeffrey P. Nolan, Esq.

　　　Counsel for Defendant: Evan T. Miller, Esq.

(b)　The following parties failed to appear and/or participate as ordered:

　　(1) Parties (name and capacity):

( )　The outcome of the mediation conference was:

　　　X　　The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

|       | The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days. |
| ----- | --- |
| _____ | The following issues remain for this court to resolve: |
| _____ | The matter has not been resolved and should proceed to trial. |
| _____ | OTHER: |
| _____ | |

Dated: December 15, 2022

> */s/ David M. Banker*
> David M. Banker
> Montgomery McCracken Walker and Rhoads LLP
> 437 Madison Avenue
> New York, NY 10022
> Tel. (212) 551-7759
> E-mail: dbanker@mmwr.com