## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al*.,<br><br>                Plaintiff,<br><br>vs.<br><br>MULTI SERVICE TECHNOLOGY SOLUTIONS, INC. f/k/a MSTS PAYMENTS, LLC d/b/a BEST BUY BUSINESS ADVANTAGE,<br><br>                Defendant. | Adv. Proc. No. 22-50203 (CTG) |

## NOTICE OF SETTLEMENT

        Alfred T. Giuliano, in his capacity as Chapter 7 Trustee of Start Man Furniture,

LLC (the "Plaintiff"), hereby provides notice of a settlement in the above-captioned adversary

proceeding between the Plaintiff and the Defendant Multi Service Technology Solutions, Inc.

(the "Defendant," and, together with the Plaintiff, the "Parties").  The Parties in the above-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

captioned adversary proceeding have reached a settlement (the "Settlement"), subject to

documentation.  The Plaintiff will seek the Court's approval of the Settlement as soon as

practicable.

Dated: December 16, 2022      **PACHULSKI STANG ZIEHL & JONES LLP**

           */s/ Peter J. Keane*
           Bradford J. Sandler (DE Bar No. 4142)
           Andrew W. Caine (CA Bar No. 110345)
           Jeffrey P. Nolan (CA Bar No. 158923)
           Peter J. Keane (DE Bar No. 5503)
           919 North Market Street, 17th Floor
           Wilmington, DE 19899-8705 (Courier 19801)
           Telephone: (302) 652-4100
           Facsimile: (302) 652-4400
           Email:  bsandler@pszjlaw.com
                  acaine@pszjlaw.com
                  jnolan@pszjlaw.com
                  pkeane@pszjlaw.com

           *Counsel to Plaintiff, Alfred T. Giuliano, Chapter 7*
           *Trustee for the Estates of Start Man Furniture, LLC,*
           *et al.*